IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY RAY WELCH, JR., #295115, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-744-WHA |
| | ) | |
| EDWARD ELLINGTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On February 4, 2019, the Magistrate Judge entered a Recommendation (Doc. #7) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to provide the court with his current address.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 25th day of February, 2019.

/s/ W. Harold Abritton
SENIOR UNITED STATES DISTRICT JUDGE